# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2019

160016(21)

VITA S. SHANNON,
        Plaintiff-Appellant,

v

ARON L. RALSTON,
        Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160016
COA: 348481
Oakland CC: 2017-852916-DC

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before October 7, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2019



Clerk